**Film Title: ONCE UPON A TIME IN VENICE**
**Rights Owner: VENICE PI, LLC**

| | SHA1: 0DAE755156B5443042CCEF362948D363E0EABAC9 | | | | |
|---|---|---|---|---|---|
| **John Doe** | **IP Address** | **Port** | **Infringement Date/Time (yr/m/d)/ UTC** | **ISP** | **General Location of the IP Address Connection** |
| 1 | 97.118.252.126 | 63898 | 2017-09-08 03:37:37 | CenturyLink | Colorado |
| 2 | 174.24.49.175 | 56432 | 2017-09-05 01:59:28 | CenturyLink | Colorado |
| 3 | 97.122.3.225 | 59143 | 2017-09-03 05:31:24 | CenturyLink | Colorado |
| 4 | 97.122.48.203 | 55827 | 2017-09-02 20:47:26 | CenturyLink | Colorado |
| 5 | 63.154.34.103 | 53851 | 2017-09-02 09:26:37 | CenturyLink | Colorado |
| 6 | 97.118.174.6 | 50863 | 2017-08-30 00:12:47 | CenturyLink | Colorado |
| 7 | 72.161.116.162 | 55304 | 2017-08-22 17:38:52 | CenturyLink | Colorado |
| 8 | 97.122.27.6 | 54159 | 2017-08-21 05:50:03 | CenturyLink | Colorado |
| 9 | 71.212.199.156 | 52223 | 2017-08-17 12:02:28 | CenturyLink | Colorado |
| 10 | 184.96.120.167 | 51624 | 2017-08-12 00:23:49 | CenturyLink | Colorado |

**EXHIBIT 1**